for reargument denied; motion for leave to appeal granted. Present —
Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.

JOSEPHINE N. SHEDD and Others v. RICHARD W. NAYLOR and Others,
Individually and as Trustees, etc., Impleaded, etc.— Motion denied, with
ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and
Greenbaum, JJ.

HELENE E. GROSS v. FOREIGN PRODUCTS Co., INC.— Motion denied,
with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell
and Greenbaum, JJ.

THE BANK OF UNITED STATES v. PENINSULAR STATE BANK.— Motion
denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith
and Merrell, JJ.

WALKER M. LEVETT COMPANY v. BRITISH ALUMINIUM Co., LTD.— Motion
denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith,
Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK EDISON
COMPANY v. THE PUBLIC SERVICE COMMISSION FOR THE FIRST DISTRICT,
etc., and Others.— It appears that under subdivision 1 of section 190 of
the Code of Civil Procedure, an appeal lies of right to the Court of Appeals;
but as application is made to certify a question, and as we think the question
ought to be reviewed and the practice is not entirely certain, the motion
is granted. Present — Clarke, P. J., Dowling, Smith, Merrell and
Greenbaum, JJ.

M. LURIE WOOLEN COMPANY, INC., v. HEYMAN COHEN & SONS, INC.—
Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling,
Smith, Merrell and Greenbaum, JJ.

C. K. Y. FILM CORPORATION v. CLARA K. YOUNG.— Motion denied,
with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell
and Greenbaum, JJ.

MARY A. PETERS as Administratrix, etc., v. FORTY-SECOND STREET,
MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY.—
Motion for leave to appeal denied, with ten dollars costs. Motion for
stay granted. Present — Clarke, P. J., Dowling, Smith, Merrell and
Greenbaum, JJ.

In the Matter of THEODORE P. SHONTS, Deceased.— Motions granted.
Settle orders on notice. Present — Clarke, P. J., Dowling, Smith, Merrell
and Greenbaum, JJ.

UNIVERSAL FILM MANUFACTURING COMPANY v. CHARLES ABRAMS and
Others.— Motion granted. Settle order on notice. Present — Clarke, P. J.,
Dowling, Smith, Merrell and Greenbaum, JJ.

UNIVERSAL FILM MANUFACTURING COMPANY v. CHARLES ABRAMS and
Others.— Motion granted. Settle order on notice. Present — Clarke, P. J.,
Dowling, Smith, Merrell and Greenbaum, JJ.

MOODY ENGINEERING COMPANY, INC., v. CATALANA DE GAS Y ELEC-
TRICIDAD, S. A.— It appearing from the answering affidavits that the time
in which the defendant was required to appear generally had expired at
the time the order to show cause was signed by the presiding justice, the